**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael RODRIGUEZ, a.k.a. Rafy,
Defendant–Appellant.**

No. 09–15975
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 16, 2010.

Rafael Rodriguez, Edgefield, SC, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, HULL and FAY, Circuit Judges.

PER CURIAM:

Michael Tarre, appointed counsel for Rafael Rodriguez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodriguez's conviction and sentence are **AFFIRMED.**